AO 442 (Rev. 11/11) Arrest Warrant                                                    9813998

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

U.S. MARSHAL-DC AM10:5
RECEIVED MAY 17 '23

United States of America
v.

TYRONN WATERS

) Case: 1:22-cr-310
) Assigned To: Judge Amit P. Mehta
) Assigned Date: 5/16/2023
) Description: SUPERSEDING INICTMENT (B)
) Case Related to 22-cr-310 (APM)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **TYRONN WATERS**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess With Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl and a Mixture and Substance Containing a Detectable Amount of Cocaine;
18 USC § 1349 - Conspiracy to Commit Wire Fraud;   18 U.S.C. § 371 - Conspiracy to Commit Aggravated Identity Theft;
18 USC § 1028A(a)(1) - Aggravated Identity Theft;   18 USC § 2 - Aiding and Abetting;
FORFEITURE:   18 USC § 982; 21 U.S.C. §§ 853(a) and (p); and 28 USC § 2461(c)

Date:   05/16/2023

Zia M. Faruqui — Digitally signed by Zia M. Faruqui

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 5/17/2023, and the person was arrested on *(date)* 5/23/2023
at *(city and state)*   DC  DC

Date:  5/23/2023

Trejo
*Arresting officer's signature*

Trejo M. DUSM
*Printed name and title*